IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| LISA GREGG | CIVIL ACTION NO. |
| --- | --- |
| Plaintiff | 1:12-cv-978-JRN |
| v. | |
| TEXAS EDUCATION AGENCY | |
| Defendant | |

## FINAL JUDGMENT

Before the Court is the Parties' Joint Stipulation of Dismissal. (Dkt. No. 35). The parties have informed the Court that they have settled all matters and controversies between them, and move the Court to dismiss with prejudice Plaintiffs' claims and causes of action.

**IT IS THEREFORE ORDERED** that the above captioned action is hereby dismissed with prejudice. The parties shall bear their own costs and fees.

SIGNED this 4th day of June, 2014.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE