IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2014 AUG 29 PM 2: 13
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
       DEPUTY

| | |
|---|---|
| LISA GREGG,<br><br>*Plaintiff*<br><br>v.<br><br>TEXAS EDUCATION AGENCY,<br><br>*Defendant* | CIVIL ACTION NO.<br>1:12-CV-978-JRN |

## ORDER

On August 28, 2014, the parties filed a Joint Status Report in which they informed the Court that they had reached a settlement agreement in this case. That being so, the Court ORDERS the parties to file a formal notice of settlement with the Court by 5 pm on Friday, September 12, 2014.

SIGNED this 29th day of August, 2014.

_____
JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE